THE STATE OF MONTANA ex rel. CHRISTOPHER ISAAC LUJAN, aka Christopher I. Sterling, aka Christopher Stanley, Relator, v. DISTRICT COURT OF THE EIGHTEENTH JUDICIAL DISTRICT of the State of Montana, IN AND FOR the COUNTY OF GALLATIN, and the Honorable W. W. Lessley, Judge Presiding, Respondent.

No. 12441.
Decided Jan. 31, 1973.
505 P.2d 1213.

ORDER

PER CURIAM:

Original proceeding. Relator herein seeks an appropriate writ

to control the rulings of the respondent court and judge on certain motions made in a pending criminal action against relator. Counsel for relator was heard ex parte and the Court having now considered the matter and being advised therein;

It is ordered that the relief sought be denied, and it is further ordered that this proceeding be dismissed.